IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY HENDERSON,
ADC #93098                                                                                          PLAINTIFF

v.                                          5:06CV00296 SWW

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that plaintiff's complaint against defendants is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 8th day of February 2007.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE