IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY HENDERSON,
ADC #93098                                                              PLAINTIFF

v.                                           5:06CV00296 SWW

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of February 2007.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE